IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**OHIO VALLEY ENVIRONMENTAL
COALITION, et al.,**

       Plaintiffs,

v.                                               Civil Action No. 2:15-cv-1371
                                                   (consolidated with 2:10-1199; 2:13-5006;
                                                   2:13-21588; and, 2:13-16044)

**FOLA COAL COMPANY, LLC,**

       Defendant.

## ORDER VACATING CONSENT DECREES ENTERED ON MAY 6, 2019

Pursuant to a motion by the Parties, and to give effect to 33 U.S.C. § 1365(c)(3), which provides, "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator," the Court hereby **VACATES** the entry of the Consent Decrees entered in the above-styled cases on May 6, 2019.

ENTER: 5/8/19

                                                          The Honorable Robert C. Chambers
                                                          United States District Court Judge